■ CLAIROL INCORPORATED, Appellant, v. OZON PRODUCTS, INC., Respondent. — In an action to restrain defendant's alleged use of plaintiff's trade-mark on defendant's competing product, plaintiff appeals from an order of the Supreme Court, Kings County, entered June 9, 1965, which denied its motion for a temporary injunction upon the authority of *Clairol, Inc., v. Revlon, Inc.* (N. Y.

L. J., Dec. 31, 1964, p. 14, col. 6, affd. 23 A D 2d 630). Order affirmed, with $10 costs and disbursements. No opinion. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.